UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Case No.  05-cr-284-01-SM

<u>Robert Cennami</u>

## O R D E R

Defendant Cennami's motion to continue the final pretrial conference and trial is granted (document 11).   Trial has been rescheduled for the January 2007 trial period.   Defendant Cennami shall file a waiver of speedy trial rights not later than September 26, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** December 18, 2006 at 4:30 p.m.

**Jury Selection**: January 9, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 18, 2006

cc: Bjorn Lange, Esq.
Clyde R.W. Garrigan, AUSA
US Probation
US Marshal