## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.        Case No.  05-cr-284-01-SM

<u>Robert Cennami</u>

### O R D E R

  Defendant Cennami's motion to continue the final pretrial conference and trial is granted  (document 14).   Trial has been rescheduled for the April  2007 trial period.   Defendant Cennami  shall file a waiver of speedy trial rights not later than December  19, 2006.   On the filing of such waiver, his continuance shall be effective.

  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  **Final Pretrial Conference:**  March 20, 2007 at 2:30 p.m.

  **Jury Selection**:  April 3,  2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

December  12,  2006

cc:   Bjorn Lange, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal