UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Criminal No. 05-cr-284-01-SM

<u>Robert A. Cennami</u>

### **ORDER OF RECUSAL**

As I own stock in CVS Corporation, I am required to, and hereby do recuse myself from presiding over sentencing in this case. <u>See</u> 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

                                          _____
                                          Steven J. McAuliffe
                                          Chief Judge

October 11, 2007

cc:  Clyde R. W. Garrigan, AUSA
     Bjorn R. Lange, Esq.
     Melissa A. Elworthy, USPO